# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3390

_____

Ricky Gerald Moore,              *
                                          *

          Appellant,          *
                                          *    Appeal from the United States

    v.                         *    District Court for the
                                          *    Eastern District of Missouri.

John E. Potter, Postmaster General,  *
                                          *    [UNPUBLISHED]

          Appellee.           *

_____

Submitted: May 7, 2009
Filed: May 14, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Ricky Gerald Moore appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Moore, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).